IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH PAGAN, on behalf of himself          :
and all others similarly situated,
        Plaintiff,

                                :          CIVIL NO. 08-0751

        v.

THE NEW WILSON'S MEATS, INC.          :
et al.
        Defendants.

**ORDER**

AND NOW, this 4ᵗʰ day of September, 2009, upon consideration of: Defendants The New

Wilson's Meats, Inc., Wilson's Famous Blue Ribbon Meats, Inc. and Dean Kanefksy's Motion to

Dismiss Plaintiff's Complaint (Doc. No. 14);[1] Plaintiff's Response in Opposition thereto (Doc.

No. 15); Defendants' Reply Brief (Doc. No. 16); Plaintiff's Surreply Brief (Doc. No. 20); and,

arguments presented before this Court on April 29, 2009, it is hereby ORDERED and

DECREED that said Motion is DENIED in its entirety.

It is further ORDERED and DECREED that Plaintiff's request for an award of fees and

costs in this matter is DENIED.

                                    BY THE COURT:

                                    /s/ C. Darnell Jones   II      J.

---

[1] Defendants Wilson's Meats, Inc. and Wilson's Famous Blue Ribbon Meats, Inc. are
alleging that Plaintiff lacks standing to bring his claims against them and that said claims should
be dismissed pursuant to Fed.R.Civ.P. 12(b)(1).  Defendant Dean Kanefsky is claiming that he
was not Plaintiff's "employer" and that Plaintiff's claims against him must be dismissed pursuant
to Fed.R.Civ.P. 12(b)(6), or in the alternative, summary judgment must be granted pursuant to
Fed.R.Civ.P. 56.  Inasmuch as all parties have submitted -  and this Court has considered -
evidence outside of the pleadings, Defendant Dean Kanefsky's Motion for dismissal has been
converted to one for summary judgment.