IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH PAGAN, on behalf of himself and all others similarly situated,<br>　　　　Plaintiff, | : | |
| | : | CIVIL NO. 08-0751 |
| v. | | |
| THE NEW WILSON'S MEATS, INC. et al.<br>　　　　Defendants. | : | |

## **ORDER**

AND NOW, this 17th day of May, 2011, upon consideration of Plaintiff's Motion for Class Certification and for the Approval of an Additional Class Representative (Doc. No. 76), Defendants' Response thereto (Doc. No. 88), and all additional Replies (Doc. Nos. 101, 109, 111 & 112), it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:


/s/ C. Darnell Jones, II    J.